UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Eric Burkett,
        Petitioner,

No. 1:06-cv-661

-v-

HONORABLE PAUL L. MALONEY

Cindi Curtain,
        Respondent.

## JUDGMENT

Having dismissed the petition filed under 28 U.S.C. § 2254, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Respondent and against Petitioner.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  July 12, 2010                                       /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          Chief United States District Judge